UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW J. SZULIK, individually and as trustee of the Raymond W. Szulik Trust, RAYMOND W. SZULIK, as trustee of the Raymond W. Szulik Trust, EDWARD ADAMS, as trustee of the Kaitlin Szulik Trust, Brendan Szulik Trust and Keenan Szulik Trust, and KYLE M. SZULIK, <br><br> Plaintiffs, <br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | CIVIL ACTION <br> NO. 12-10018-NMG |

**REPORT AND RECOMMENDATION**
**ON DEFENDANT'S MOTION TO DISMISS**

February 6, 2013

DEIN, U.S.M.J.

## I. INTRODUCTION

This action arises out of five Custody Account Agreements which the plaintiffs, Matthew J. Szulik, individually and as trustee of the Raymond W. Szulik Trust, Raymond W. Szulik, as trustee of the Raymond W. Szulik Trust, Edward Adams, as trustee of the Kaitlin Szulik Trust, Brendan Szulik Trust, and Keenan Szulik Trust, and Kyle M. Szulik (collectively, the "Szuliks"), entered into with defendant State Street Bank and Trust Company ("State Street") and its predecessors, Chemical Bank and Investors Bank & Trust Company. Pursuant to the Agreements, the plaintiffs authorized State Street and its

*After consideration of Plaintiffs' Limited Objection (Docket No. 35), Defendants' Objections (Docket No. 36) and the parties' responses to their opponents' objections (Docket Nos. 37 and 38) thereto, Report and Recommendation is accepted and adopted.   s/N.M.Gorton, USDJ 3/25/13*