UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW J. SZULIK, individually and as trustee of the Raymond W. Szulik Trust, RAYMOND W. SZULIK, as trustee of the Raymond W. Szulik Trust, EDWARD ADAMS, as trustee of the Kaitlin Szulik Trust, Brendan Szulik Trust and Keenan Szulik Trust, and KYLE M. SZULIK, <br><br> Plaintiffs, <br> v. <br><br> STATE STREET BANK AND TRUST COMPANY, <br><br> Defendant. | CIVIL ACTION <br> NO. 12-10018-NMG |

**REPORT AND RECOMMENDATION ON
MOTION TO DISMISS CLAIMS MADE BY
PLAINTIFFS MICHAEL COLLEARY AND EDWARD ADAMS**

May 21, 2014

DEIN, U.S.M.J.

This matter is presently before the court on the "Motion to Dismiss Claims Made by Plaintiffs Michael Colleary and Edward Adams" (Docket No. 79). The parties agree that these claims should be dismissed with prejudice, provided that the counterclaims against these plaintiffs remain for adjudication. Therefore, this court recommends to the District Judge to whom this case is assigned that the claims of Michael Colleary, as Trustee of the Raymond W. Szulik Revocable Trust, and Edward D. Adams, as Trustee of the Kaitlin Szulik Trust, Brendan Szulik Trust and Keenan Szulik Trust (collectively, the

*Report and Recommendation accepted and adopted. s/NMGorton, USDJ 7/3/14*