UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW J. SZULIK, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>    Defendant. | Civil Action No. 1:12-cv-10018-NMG |

## ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiffs Matthew J. Szulik and Kyle M. Szulik (the "Szuliks") and Counterclaim Defendants Michael Colleary, as trustee of the Raymond W. Szulik Revocable Trust, and Edward Adams, as trustee of the Kaitlin Szulik Trust, Brendan Szulik Trust and Keenan Szulik Trust (the "Trustees") hereby move, pursuant to Local Rule 7.2, for entry of an order authorizing the Szuliks and the Trustees to file the following papers under seal: (1) Plaintiffs' Opposition to State Street's Motion for Summary Judgment; (2) Counterclaim Defendants' Opposition to State Street's Motion for Partial Summary Judgment on Liability with Respect to Counterclaims for Indemnification Against the Trustees; (3) Declaration of Michael Maroney in support of items 1 and 2, above; (4) Plaintiffs' Responses to State Street's [Corrected] Concise Statement of Undisputed Material Facts and Statement of Additional Disputed and Undisputed Material Facts; and (5) Counterclaim Defendants' Response to State Street's Concise Statement of Undisputed Material Facts and Statement of Additional Disputed and Undisputed Material Facts (collectively, the "Summary Judgment Opposition Papers").

Defendant assents to the relief requested in this motion.

In support of this motion, the Szuliks and the Trustees state as follows:

1.      The parties have designated certain documents "Confidential" pursuant to the Stipulation and Order on Production of Confidential and Privileged Documents ("Confidentiality Order"), which was entered by the Court on November 4, 2013.  *See* Dkt. No. 59.  Documents filed with the Court that contain or disclose discovery materials or information designated "Confidential" must be filed under seal.

2.      The Summary Judgment Opposition Papers refer to, describe, and attach documents that have been designated Confidential, including documents containing account numbers and other sensitive information.

3.      On April 13, 2015, the Court granted State Street's Motion to Seal Materials in Support of State Street's Motion for Summary Judgment, to which the Summary Judgment Opposition Papers respond.  *See* Dkt. No. 256.

4.      Accordingly, the Szuliks and the Trustees respectfully request leave to file the Summary Judgment Opposition Papers under seal.

### Certification Under Local Rule 7.1(a)(2)

5.      Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that counsel for Defendant assents to the filing under seal of the Summary Judgment Opposition Papers by virtue of their assent that "[a]ll pleadings, motions, or other papers filed with the Court that contain or refer to Confidential Information must be filed and kept under seal until further order of the Court."  Confidentiality Order ¶14.

6.      Pursuant to Local Rule 7.2(a), the earliest date on which the impoundment order may be lifted is the final resolution of this litigation between the parties, at which time counsel will retrieve and dispose of the documents.

WHEREFORE, the Szuliks and the Trustees respectfully request that the Court ender an order:

(A) authorizing the filing under seal of the Summary Judgment Opposition Papers; and

(B) for such other and further relief as the Court deems just and proper.

    Respectfully submitted,

    MATTHEW J. SZULIK, KYLE M. SZULIK,
    MICHAEL COLLEARY, as trustee of the
    Raymond W. Szulik Revocable Trust, and
    EDWARD ADAMS, as trustee of the Kaitlin Szulik
    Trust, Brendan Szulik Trust and Keenan Szulik
    Trust

    By their attorneys,

    /s/ Michael J. Stromsnes
    Ralph T. Lepore, III (BBO #294420)
    Jeremy M. Sternberg (BBO #556566)
    Michael T. Maroney (BBO #653476)
    Benjamin M. McGovern (BBO #661611)
    Michael J. Stromsnes (BBO #675539)
    HOLLAND & KNIGHT LLP
    10 St. James Avenue
    Boston, MA 02116
    (617) 523-2700
    ralph.lepore@hklaw.com
    jeremy.sternberg@hklaw.com
    michael.maroney@hklaw.com
    benjamin.mcgovern@hklaw.com
    michael.stromsnes@hklaw.com

    Tracy A. Nichols (*pro hac vice*)
    Stephen P. Warren (*pro hac vice*)
    HOLLAND & KNIGHT LLP
    701 Brickell Avenue, Suite 3000
    Miami, FL 33131
Date:  May 13, 2015    (305) 789-8500

## **LOCAL RULE 7.1 CERTIFICATION**

The undersigned counsel hereby certifies that he has conferred with Defendant's counsel in a good faith attempt to resolve or narrow the issues involved in this motion, and Defendant's counsel has assented to the relief requested in this motion.

/s/ Michael J. Stromsnes
Michael J. Stromsnes

## **CERTIFICATE OF SERVICE**

I hereby certify hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) dated May 13, 2015.

Dated: May 13, 2015

/s/ Michael J. Stromsnes
Michael J. Stromsnes