# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW J. SZULIK and KYLE M. SZULIK,<br><br>    Plaintiffs/Counterclaim Defendants<br><br>    v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>    Defendant/Counterclaimant. | Civil Action No. 1:12-cv-10018-NMG |

## **NOTICE OF WITHDRAWAL**

Pursuant to Local Rule 83.5.2(c), please withdraw the appearance of Michael Stromsnes of Holland & Knight LLP on behalf of Plaintiffs and Counterclaim Defendants Matthew and Kyle Szulik and Counterclaim Defendants Michael Colleary, as trustee of the Raymond W. Szulik Revocable Trust, and Edward Adams, as trustee of the Kaitlin Szulik Trust, Brendan Szulik Trust and Keenan Szulik Trust, in the above-captioned case.  Ralph Lepore, Jeremy Sternberg, Michael Maroney, Tracy Nichols, Stephen Warren, and William Gould, Holland & Knight attorneys who have entered appearances in this matter, will continue to represent Plaintiffs and Counterclaim Defendants.

Dated:  May 15, 2015

Respectfully submitted,

MATTHEW J. SZULIK, KYLE M. SZULIK, MICHAEL COLLEARY, as trustee of the Raymond W. Szulik Revocable Trust, and EDWARD ADAMS, as trustee of the Kaitlin Szulik Trust, Brendan Szulik Trust and Keenan Szulik Trust

By their attorneys,

/s/ Michael J. Stromsnes
Ralph T. Lepore, III (BBO #294420)
Jeremy Sternberg (BBO #556566)
Michael T. Maroney (BBO #653476)
Michael J. Stromsnes (BBO #675539)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850
ralph.lepore@hklaw.com
jeremy.sternberg@hklaw.com
michael.maroney@hklaw.com
michael.stromsnes@hklaw.com

Tracy A. Nichols (*pro hac vice*)
Stephen P. Warren (*pro hac vice*)
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 789-7736
tracy.nichols@hklaw.com
stephen.warren@hklaw.com

William F. Gould (*pro hac vice*)
HOLLAND & KNIGHT LLP
800 17th Street, NW
Washington DC 20006
(202) 419-2577
william.gould@hklaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) dated May 15, 2015.

                                      /s/ Michael Stromsnes
                                      Michael Stromsnes