UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW J. SZULIK and KYLE M. SZULIK,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>    Defendant,<br><br>v.<br><br>MATTHEW J. SZULIK, KYLE M. SZULIK, MICHAEL COLLEARY, as trustee of the Raymond W. Szulik Revocable Trust, and EDWARD ADAMS, as trustee of the Kaitlin Szulik Trust, Brendan Szulik Trust, and Keenan Szulik Trust,<br><br>    Counterclaim Defandants. | CIVIL ACTION NO. 1:12–CV–10018-NMG |

## NOTICE OF APPEARANCE OF CHRISTOPHER M. IAQUINTO

Please take notice that Christopher M. Iaquinto of the law firm of Holland & Knight LLP hereby enters his appearance as counsel for Matthew J. Szulik, Kyle M. Szulik, Michael Colleary, as trustee of the Raymond W. Szulik Revocable Trust, and Edward Adams, as trustee of the Kaitlin Szulik Trust, Brendan Szulik Trust, and Keenan Szulik Trust, in the above-captioned matter.

Dated April 28, 2015

Respectfully submitted,

MATTHEW J. SZULIK, KYLE M. SZULIK, MICHAEL COLLEARY, as trustee of the Raymond W. Szulik Revocable Trust, and EDWARD ADAMS, as trustee of the Kaitlin Szulik Trust, Brendan Szulik Trust, and Keenan Szulik Trust

By their attorneys,

/s/ Christopher M. Iaquinto
Ralph T. Lepore, III (BBO #294420)
Jeremy M. Sternberg (BBO #294420)
Michael T. Maroney (BBO #653476)
Benjamin M. McGovern (BBO #661661)
Michael J. Stromsnes (BBO #675539)
Nathaniel F. Hulme (BBO #678447)
Christopher M. Iaquinto (BBO 685718)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700
ralph.lepore@hklaw.com
jeremy.sternberg@hklaw.com
michael.maroney@hklaw.com
benjamin.mcgovern@hklaw.com
michel.stromsnes@hklaw.com
nathaniel.hulme@hklaw.com
christopher.iaquinto@hklaw.com

Traci Nichols (*pro hac vice*)
Stephen Warren (*pro hac vice*)
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 789-7736
traci.nichols@hklaw.com
stephen.warren@hklaw.com

**CERTIFICATE OF SERVICE**

I, Christopher M. Iaquinto, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: April 28, 2015             /s/ Christopher M. Iaquinto
                                                      Christopher M. Iaquinto

#35391762_v1