# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

MATTHEW J. SZULIK, *et al.*,

                    Plaintiffs,

          v.

STATE STREET BANK AND TRUST
COMPANY,

                    Defendant.

Civil Action No. 1:12-cv-10018-NMG

## ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL

State Street Bank and Trust Company ("State Street") hereby moves, pursuant to Local Rule 7.2, for entry of an order authorizing State Street to file under seal an unredacted copy of (i) State Street's Reply in Support of State Street's Motion for Summary Judgment Against Matthew and Kyle Szulik ("Reply"), (ii) State Street's Response to Plaintiffs' Statement of Additional Disputed and Undisputed Material Facts ("Response"), (iii) State Street's Reply in Support of State Street's Motion for Partial Summary Judgment on Liability for Counterclaims Against the Trustees ("Trustee Reply"), (iv) the Supplemental Declaration of Timothy J. Perla in Support of the Trustee Reply ("Perla Declaration"), and (v) State Street's Response to Trustee's Statement of Additional Disputed and Undisputed Material Facts ("Trustee Response"). Plaintiffs assent to the relief sought in this motion.

In support of this motion, State Street states as follows:

1.      The parties in the above-captioned action have designated a number of documents as "Confidential" pursuant to the Stipulation and Order on Production of Confidential and

Privileged Documents ("Confidentiality Order"), which was entered by the Court on November 4, 2013.  *See* ECF No. 59.  Under Paragraph 14 of the Confidentiality Order, documents filed with the Court containing or disclosing discovery materials or information that the producing party has designated "Confidential" shall be filed under seal.

2.      State Street's Reply and Response relate to State Street's sealed Motion for Summary Judgment Against Matthew and Kyle Szulik (ECF No. 262) and responds to Plaintiffs' sealed Opposition to the Motion (ECF No. 284) and sealed Statement of Additional Disputed and Undisputed Material Facts (ECF No. 285).  The Trustee Reply, Perla Declaration, and Trustee Response respond to Plaintiffs' sealed Opposition to State Street's Motion for Partial Summary Judgment on Liability for Counterclaims Against the Trustees (ECF No. 286) and sealed Statement of Additional Disputed and Undisputed Material Facts (ECF No. 287).  Portions of the Reply, Response, Trustee Reply, Perla Declaration, and Trustee Response describe the contents of or attach documents that have been designated as "Confidential" pursuant to the Confidentiality Order.  Among other material, these documents contain confidential customer account and personal information.  Accordingly, State Street respectfully requests to file under seal copies of the Reply, Response, Trustee Reply, Perla Dec, and Trustee Response.  Plaintiffs have assented to this request.

### Certification Under Local Rule 7.1(a)(2)

3.      Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that counsel for Plaintiffs assent to the filing of the above-referenced documents under seal by virtue of their assent that "[a]ll pleadings, motions, or other papers filed with the Court that contain or refer to Confidential Information must be filed and kept under seal until further order of the Court."  Confidentiality Order ¶14.

4.      Pursuant to Local Rule 7.2(a), the earliest date on which the impoundment order may be lifted is the final resolution of this litigation between the parties, at which time counsel for State Street will retrieve and dispose of the documents.

WHEREFORE, State Street respectfully requests that this Court enter an order:

(A) authorizing the filing under seal of State Street's Reply, Response, Trustee Reply, Perla Declaration, and Trustee Response; and

(B) for such other and further relief as the Court deems just and proper.


Dated: May 26, 2015

<div style="margin-left:40%">

Respectfully submitted,

COUNSEL FOR STATE STREET BANK
AND TRUST COMPANY


/s/ *Ian D. Coghill*
Andrea J. Robinson (BBO #556337)
Matthew T. Martens (*pro hac vice*)
Timothy J. Perla (BBO #660447)
Eric D. Wolkoff (BBO #679566)
Bradley M. Baglien (BBO# 568513)
Ian D. Coghill (BBO# 685754)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel:  (617) 526-6000
Fax: (617) 526-5000
andrea.robinson@wilmerhale.com
matthew.martens@wilmerhale.com
timothy.perla@wilmerhale.com
eric.wolkoff@wilmerhale.com
bradley.baglien@wilmerhale.com
ian.coghill@wilmerhale.com

</div>

## CERTIFICATE OF SERVICE

I, Ian D. Coghill, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing dated May 26, 2015.

Dated: May 26, 2015

*/s/ Ian D. Coghill*
Ian D. Coghill

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel hereby certifies that he has conferred with Plaintiffs' counsel in a good faith attempt to resolve or narrow the issues involved in this motion, and said Plaintiffs' counsel has assented to the relief requested in this Motion.

Dated: May 26, 2015

*/s/ Ian D. Coghill*
Ian D. Coghill