# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW J. SZULIK and KYLE M. SZULIK,<br><br>Plaintiffs,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>Defendant,<br>v.<br><br>MATTHEW J. SZULIK, KYLE M. SZULIK, MICHAEL COLLEARY, as trustee of the Raymond W. Szulik Revocable Trust, and EDWARD ADAMS, as trustee of the Kaitlin Szulik Trust, Brendan Szulik Trust and Keenan Szulik Trust,<br><br>Counterclaim Defendants. | Civil Action No. 1:12-cv-10018-NMG |

## ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiffs Matthew J. Szulik and Kyle M. Szulik (the "Szuliks") hereby move, pursuant to Local Rule 7.2, for entry of an order authorizing the Szuliks to file under seal (1) Plaintiffs' Opposition to State Street's Motion *in Limine* to Exclude Testimony of Undisclosed Witnesses; (2) Plaintiffs' Opposition to State Street's Motion *in Limine* to Exclude Evidence of Suspicious Activity Reports; (3) Plaintiffs' Opposition to State Street's Motion *in Limine* to Exclude Evidence of James Tagliaferri's Criminal Proceedings; (4) Plaintiffs' Opposition to State Street's Motion *in Limine* to Exclude Evidence of Charles Myers's "Principal Loss" Analysis (collectively, the "Oppositions"); and (5) the Declaration of Michael T. Maroney in Support of Plaintiffs' Oppositions to State Street's Motions *in Limine* (the "Declaration").

In support of this motion, the Szuliks state as follows:

1. The parties in the above-captioned action have designated a number of documents as "Confidential" pursuant to the Stipulation and Order on Production of Confidential and Privileged Documents ("Confidentiality Order"), which was entered by the Court on November 4, 2013. *See* Dkt. No. 59. Under Paragraph 14 of the Confidentiality Order, documents filed with the Court containing or disclosing discovery materials or information that the producing party has designated "Confidential" shall be filed under seal.

2. The Oppositions quote, describe, and otherwise reference, and the Declaration attaches, materials designated as confidential.

3. The defendant, State Street Bank and Trust Company, has assented to this motion.

4. Accordingly, the Szuliks respectfully request leave to file under seal the Oppositions and the Declaration.

## Certification Under Local Rule 7.2

5. Pursuant to Local Rule 7.2(a), the earliest date on which the impoundment order may be lifted is the final resolution of this litigation between the parties, at which time counsel will retrieve and dispose of the documents.

WHEREFORE, the Szuliks respectfully request that the Court enter an order:

(A) authorizing the filing under seal of the Oppositions and the Declaration; and

(B) for such other and further relief as the Court deems just and proper.

Date: July 13, 2015

Respectfully submitted,

MATTHEW J. SZULIK and KYLE M. SZULIK

By their attorneys,

/s/ Nathaniel F. Hulme
Ralph T. Lepore, III (BBO #294420)

>Jeremy M. Sternberg (BBO #556566)
>Michael T. Maroney (BBO #653476)
>Nathaniel F. Hulme (BBO #678447)
>Christopher M. Iaquinto (BBO #685718)
>HOLLAND & KNIGHT LLP
>10 St. James Avenue
>Boston, MA 02116
>Tel: (617) 523-2700
>Fax: (617) 523-6850
>ralph.lepore@hklaw.com
>jeremy.sternberg@hklaw.com
>michael.maroney@hklaw.com
>nathaniel.hulme@hklaw.com
>christopher.iaquinto@hklaw.com
>
>Tracy A. Nichols (*pro hac vice*)
>Stephen P. Warren (*pro hac vice*)
>HOLLAND & KNIGHT LLP
>701 Brickell Avenue, Suite 3000
>Miami, FL 33131
>(305) 789-7736
>tracy.nichols@hklaw.com
>stephen.warren@hklaw.com
>
>William F. Gould (*pro hac vice*)
>HOLLAND & KNIGHT LLP
>800 17th Street, NW
>Washington DC 20006
>(202) 419-2577
>william.gould@hklaw.com

## **LOCAL RULE 7.1 CERTIFICATION**

The undersigned counsel hereby certifies that he has conferred with defendant's counsel, who has assented to this motion.

>/s/ Nathaniel F. Hulme
>Nathaniel F. Hulme

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent those indicated as non-registered participants on July 13, 2015.

                                                /s/ Nathaniel F. Hulme
                                                Nathaniel F. Hulme