**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MATTHEW J. SZULIK and KYLE M. SZULIK,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>    Defendant/Counterclaimant. | Civil Action No. 1:12-cv-10018-NMG |

## PLAINTIFFS' UNOPPOSED MOTION TO SEQUESTER NON-PARTY WITNESSES

Pursuant to Fed. R. Evid. 615, plaintiffs Matthew J. Szulik and Kyle M. Szulik hereby request that this Court enter an order excluding all non-party fact witnesses from the courtroom during trial, and prohibiting all non-party fact witnesses from reviewing the trial transcripts until after the close of all the evidence, so that they cannot hear or read other witnesses' testimony. *See* Fed. R. Evid. 615 (upon request, court "must" order non-party witnesses excluded). This request includes exclusion of all officers or employees of defendant State Street Bank and Trust Company except for the defendant's designated representative, Nancy M. Stokes. This request does not include expert witnesses, who may be in the courtroom and review trial transcripts.

Respectfully submitted,

MATTHEW J. SZULIK and KYLE M. SZULIK

By their attorneys,

/s/ Michael T. Maroney
Ralph T. Lepore, III (BBO #294420)
Jeremy M. Sternberg (BBO #556566)
Michael T. Maroney (BBO #653476)

        Nathaniel F. Hulme (BBO #678447)
        Christopher M. Iaquinto (BBO #685718)

        HOLLAND & KNIGHT LLP
        10 St. James Avenue
        Boston, MA 02116
        Tel: (617) 523-2700
        Fax: (617) 523-6850
        ralph.lepore@hklaw.com
        jeremy.sternberg@hklaw.com
        michael.maroney@hklaw.com
        nathaniel.hulme@hklaw.com
        christopher.iaquinto@hklaw.com

        Tracy A. Nichols (*pro hac vice*)
        Stephen P. Warren (*pro hac vice*)
        HOLLAND & KNIGHT LLP
        701 Brickell Avenue, Suite 3000
        Miami, FL 33131
        (305) 789-7736
        tracy.nichols@hklaw.com
        stephen.warren@hklaw.com

        William F. Gould (*pro hac vice*)
        HOLLAND & KNIGHT LLP
        800 17th Street, NW
        Washington DC 20006
        (202) 419-2577
        william.gould@hklaw.com

## **LOCAL RULE 7.1 CERTIFICATION**

      The undersigned counsel hereby certifies that he has conferred with defendant's counsel, who does not oppose this Motion.

        /s/ Michael T. Maroney
        Michael T. Maroney

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent those indicated as non-registered participants on July 13, 2015.

        /s/Nathaniel F. Hulme
        Nathaniel F. Hulme