## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW J. SZULIK and KYLE M. SZULIK,<br><br>      Plaintiffs/Counterclaim-Defendants,<br><br>      v.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>      Defendant/Counterclaimant,<br><br>      v.<br><br>MICHAEL COLLEARY, in his capacity as trustee of the Raymond W. Szulik Revocable Trust and EDWARD ADAMS, in his capacity as trustee of the Kaitlin Szulik Trust, Keenan Szulik Trust and Brendan Szulik Trust,<br><br>      Counterclaim-Defendants. | Civil Action No. 1:12-cv-10018-NMG |

## PROPOSED VOIR DIRE QUESTIONS OF
## PLAINTIFFS AND COUNTERCLAIM-DEFENDANTS

The plaintiffs and counterclaim-defendants, Matthew J. Szulik and Kyle M. Szulik, and the counterclaim-defendants, Michael Colleary, in his capacity as trustee of the Raymond W. Szulik Revocable Trust and Edward Adams, in his capacity as trustee of the Kaitlin Szulik Trust, Keenan Szulik Trust and Brendan Szulik Trust (collectively, the "Szuliks") respectfully submit the following voir dire questions for use in selecting jurors to serve in this matter.  If any of the following questions are answered in such a way that the juror may have knowledge or an opinion that would preclude a fair determination of the issues, the Szuliks, through counsel, respectfully request follow-up questions to make a determination of the juror's knowledge and opinion.

**<u>Juror Relation to Lawyers, Witnesses and/or Parties</u>**

1.      Are any of the following names familiar to you: Matthew Szulik, Kyle Szulik, Kaitlin Szulik, Brendan Szulik, Keenan Szulik, Raymond Szulik, Michael Colleary, or Edward Adams?

2.      Have you, your family members, or any friend ever been employed by or invested in a software company called Red Hat, Inc.?

3.      Have you heard of the company State Street Bank and Trust?  If so, what do you know about the company and what is your opinion of it?

4.      Have you, your family members, or any friend ever been employed, maintained an account with, or otherwise associated with any of the following banks: Chemical Bank, Chase Manhattan Bank, Investors Bank and Trust, or State Street Bank and Trust?

5.      Have you ever had a relationship with Chemical Bank, Chase Manhattan Bank, Investors Bank and Trust, or State Street Bank through your work?

6.      The parties are represented in this lawsuit by the following attorneys: (a) Bill Gould, Tracy Nichols, and Jeremy Sternberg of the law firm of Holland & Knight LLP; and (b) Matthew Martens, Andrea Robinson, and Timothy Perla of the law firm of Wilmer Hale LLP. Do you, or does any member of your family or household, know or ever have been represented or sued by any of these attorneys or law firms?

7.      The following persons may be called as witnesses and give testimony in this case:

[*Judge to read names from proposed witness lists*]

Have you, or any member of your family or household, heard of any of these individuals?

      a.      If so, who have you heard of and what did you hear?

      b.      If so, do you have any opinions about any of these individuals?

   c. Would those opinions so influence you that you would not be fair and impartial in reaching a verdict in this case?

8. You may also hear testimony in this case about the following individuals or companies:  Taurus Advisory Group; TAG Virgin Islands; International Equine Acquisitions Holdings (or IEAH); Protein Polymer Technologies Inc. (or PPTI); Conversion Services International (or CSI); Jason Galanis; Paseo de la Reforma; Scott Newman; Equities Media Acquisition Corp.; Geomas; International Pool Tour, Inc.; Life Investment Corp.; and M2 Systems.  Have you, or has any member of your family or household, heard of any of these individuals or companies?

   a. If so, who have you heard of and what did you hear?

   b. Do you have any opinions about any of these individuals or companies?

   c. If so, what are your opinions and would they so influence you that you would not be fair and impartial in reaching a verdict in this case?

**Employment and Education**

9. What is the highest level of education that you have completed?

10. Are you employed?  If yes, please describe your position.  Please describe any other job that you have held in the last ten years.  If you are retired or unemployed, what was the last position you held?

11. Are you married?  If so, what is your spouse's occupation?

**Views of Wealthy Individuals**

12. Do you think that wealthy people always feel that the normal rules do not apply to them?

13. Have you ever established or been the beneficiary of a trust?

**Banking and Investing Experience**

14.　Do you or any members of your family have a background in the financial services industry?

15.　Have you or has any member of your family ever worked for a bank?

16.　Do you believe that if a bank makes a mistake with someone's account, it will almost always tell the account holder about the mistake?

17.　Do you think that large banks are almost always well-managed?

18.　When it comes to investing money, do you consider yourself to be a very knowledgeable investor?

19.　Have you ever had an investment account or brokerage account?  If so, what kind of account and with whom?

20.　Some investors choose to hire professional advisors to help manage their investments or give them financial advice.  Do you have a view of professional investment advisors that would prevent you from deciding this case fairly and impartially?

21.　Have you ever used a personal financial advisor?

22.　Have you ever lost money as a result of actions taken by an investment adviser?

23.　Do you think that people who make investments have only themselves to blame when they suffer losses?

24.　Do you know what a custodial account is?

25.　Have you ever heard of a custody (or custodial) bank?

**Miscellaneous**

26.     Do you believe that when two parties sign a contract, they sometimes can have obligations to one another that go beyond the language of the contract?

27.     Have you ever been a party to a contract that had an indemnification clause or have you ever paid or received payments for indemnification?

28.     Did you suffer unemployment or serious financial loss as a result of the 2008 financial crisis?

29.     Have you, any member of your family, or any friend ever been involved in the horse racing industry?

30.     Is there any reason why you cannot be a fair and impartial juror in this case?

31.     If you are selected as a juror in this case, you will be required to put aside any feeling of passion or prejudice and decide this case solely on the evidence introduced during the trial and the instructions that this Court will give you regarding the law.  Is there any reason why you would not be able to do that?

Date: July 13, 2015                    Respectfully submitted,

                                       MATTHEW J. SZULIK and KYLE M. SZULIK,
                                       MICHAEL COLLEARY, in his capacity as trustee
                                       of the Raymond W. Szulik Revocable Trust and
                                       EDWARD ADAMS, in his capacity as trustee of
                                       the Kaitlin Szulik Trust, Keenan Szulik Trust and
                                       Brendan Szulik Trust

                                       By their attorneys,

                                       /s/ Michael T. Maroney
                                       Ralph T. Lepore, III (BBO #294420)
                                       Jeremy M. Sternberg (BBO #556566)
                                       Michael T. Maroney (BBO #653476)
                                       Nathaniel F. Hulme (BBO #678447)
                                       Christopher M. Iaquinto (BBO #685718)
                                       HOLLAND & KNIGHT LLP

10 St. James Avenue
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850
ralph.lepore@hklaw.com
jeremy.sternberg@hklaw.com
michael.maroney@hklaw.com
nathaniel.hulme@hklaw.com
christopher.iaquinto@hklaw.com

Tracy A. Nichols (*pro hac vice*)
Stephen P. Warren (*pro hac vice*)
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3000
Miami, FL 33131
(305) 789-7736
tracy.nichols@hklaw.com
stephen.warren@hklaw.com

William F. Gould (*pro hac vice*)
HOLLAND & KNIGHT LLP
800 17th Street, NW
Washington DC 20006
(202) 419-2577
william.gould@hklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent those indicated as non-registered participants on July 13, 2015.

/s/ Nathaniel F. Hulme