## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

MATTHEW J. SZULIK, *et al.*,
                    Plaintiffs,


        v.                                Civil Action No. 1: 12-cv-10018-NMG


STATE STREET BANK AND
TRUST COMPANY,
                    Defendant.

## DEFENDANT'S PROPOSED JURY INSTRUCTIONS

Defendant State Street Bank and Trust Company ("State Street") submits the following proposed final jury instructions.  By submitting these proposed instructions, State Street does not intend to waive any argument set forth in its previously filed motions or any objection by State Street to the submission of any of the Plaintiffs' claims to the jury.  State Street reserves the right to make additional proposals, including based on how the evidence develops at trial.

For the Court's ease of review, State Street has divided its proposed final jury instructions into three exhibits.  Attached as Exhibit 1 is a complete set of State Street's proposed final jury instructions if the Court decides that North Carolina law applies to the Plaintiffs' negligence and unjust enrichment claims.[1]

---

[1] The parties do not dispute that New York law governs the Plaintiffs' breach of contract claim and State Street's counterclaim for contractual indemnification.  Accordingly, Exhibits 1 – 3 all provide the same instructions for these claims under New York law.

Attached as Exhibit 2 is a complete set of State Street's proposed final jury instructions if the Court decides that New York law applies to the Plaintiffs' negligence and unjust enrichment claims.

Attached as Exhibit 3 is a complete set of State Street's proposed final jury instructions for its counterclaim for indemnification, which State Street in its Pretrial Submission will be proposing that the Court bifurcates from Plaintiffs breach of contract, negligence, and unjust enrichment claims.  If the Court denies this proposal, State Street requests that the Court read to the jury the proposed instructions for Indemnification (Ex. 3, p. 17) and Indemnification Damages (Ex. 3, p. 20).

Respectfully submitted,

COUNSEL FOR STATE STREET
BANK AND TRUST COMPANY

/s/ Timothy J. Perla
Andrea J. Robinson (BBO #556337)
Matthew T. Martens (*pro hac vice*)
Timothy J. Perla (BBO #660447)
Eric D. Wolkoff (BBO #679566)
Bradley M. Baglien (BBO# 568513)
Ian D. Coghill (BBO# 685754)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel:  (617) 526-6000
Fax: (617) 526-5000
andrea.robinson@wilmerhale.com
matthew.martens@wilmerhale.com
timothy.perla@wilmerhale.com
eric.wolkoff@wilmerhale.com
bradley.baglien@wilmerhale.com
ian.coghill@wilmerhale.com

Dated:  July 13, 2015

## CERTIFICATE OF SERVICE

I, Timothy J. Perla, hereby certify that the foregoing document(s), filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on July 13, 2015.

Dated:  July 13, 2015

/s/ Timothy J. Perla