**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MATTHEW J. SZULIK, *et al.*,<br>               Plaintiffs,<br><br>     v.<br><br>STATE STREET BANK AND<br>TRUST COMPANY,<br>               Defendant. | Civil Action No. 1: 12-cv-10018-NMG |

**DEFENDANT'S PROPOSED *VOIR DIRE***

Defendant State Street Bank and Trust Company requests that the Court ask the following questions during *voir dire*, in addition to those typically asked by the Court.

**QUESTIONS**

1. Have you ever filed a lawsuit against another party?

2. Do you think that, if someone files a lawsuit, it means the party being sued has probably done something wrong?

3. Have you ever had a bad experience with a bank?

4. Do you have a negative opinion of large banks or financial institutions?

5. Do you strongly believe that big corporations are more interested in making profits than doing the right thing?

6. Have you ever been involved in any kind of contract dispute?

7. In your employment, or in the past if you are retired, have you had a supervisory role at your job?

8. Have you ever held an elected position in any organization – civic groups, professional groups, etc.?

9. Do you believe that the government should be doing more to help people?

10. Do you think that, if a party files a lawsuit, then that party is entitled to at least some damages?

Dated: July 13, 2015

Respectfully submitted,

*/s/ Timothy J. Perla*
Andrea J. Robinson (BBO #556337)
Matthew T. Martens (pro hac vice)
Timothy J. Perla (BBO # 660447)
Eric D. Wolkoff (BBO #679566)
Ian D. Coghill (BBO # 685754)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel. (617) 526-6000
Fax  (617) 526-5000
andrea.robinson@wilmerhale.com
matthew.martens@wilmerhale.com
timothy.perla@wilmerhale.com
eric.wolkoff@wilmerhale.com
bradley.baglien@wilmerhale.com
ian.coghill@wilmerhale.com

## **CERTIFICATE OF SERVICE**

I, Timothy J. Perla, hereby certify that the foregoing document(s), filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on July 13, 2015.

Dated: July 13, 2015

/s/ Timothy J. Perla
Timothy J. Perla
