**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MATTHEW J. SZULIK, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>STATE STREET BANK AND TRUST COMPANY,<br><br>    Defendant. | Civil Action No. 1:12-cv-10018-NMG |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Counter Defendants Matthew J. Szulik, Kyle M. Szulik, Edward Adams, as trustee of the Kaitlin Szulik Trust, Brendan Szulik Trust and Keenan Szulik Trust, and Michael Colleary, as trustee of the Raymond W. Szulik Revocable Trust and Defendant and Counter Claimant State Street Bank and Trust Company hereby stipulate to the dismissal with prejudice of all remaining claims and counterclaims in the above referenced action.

Each party shall bear its own costs and attorneys' fees and waive all rights of appeal.

Respectfully submitted,

| HOLLAND & KNIGHT LLP | WILMER CUTLER PICKERING HALE AND DORR LLP |
|---|---|
| /s/ Michael T. Maroney<br>Ralph T. Lepore, III (BBO #294420)<br>Jeremy M. Sternberg (BBO #556566)<br>Michael T. Maroney (BBO #653476)<br>Nathaniel F. Hulme (BBO #678447)<br>Christopher M. Iaquinto (BBO #685718)<br>HOLLAND & KNIGHT LLP<br>10 St. James Avenue<br>Boston, MA 02116<br>(617) 523-2700<br>ralph.lepore@hklaw.com<br>jeremy.sternberg@hklaw.com<br>michael.maroney@hklaw.com<br>nathaniel.hulme@hklaw.com<br>christopher.iaquinto@hklaw.com<br><br>Tracy A. Nichols (*pro hac vice*)<br>Stephen P. Warren (*pro hac vice*)<br>HOLLAND & KNIGHT LLP<br>701 Brickell Avenue, Suite 3000<br>Miami, FL 33131<br>(305) 789-7736<br>tracy.nichols@hklaw.com<br>stephen.warren@hklaw.com<br><br>William F. Gould (*pro hac vice*)<br>HOLLAND & KNIGHT LLP<br>800 17th Street, NW<br>Washington, DC 20006<br>(202) 419-2577<br>william.gould@hklaw.com<br><br>*Attorneys for Plaintiffs Matthew and Kyle Szulik and Counterclaim Defendants, Michael Colleary, as trustee of the Raymond W. Szulik Revocable Trust, and Edward Adams, as trustee of the Kaitlin Szulik Trust, Brendan Szulik Trust and Keenan Szulik Trust* | /s/ Andrea J. Robinson<br>Andrea J. Robinson (BBO# 556337)<br>Matthew T. Martens (*pro hac vice*)<br>Timothy J. Perla (BBO# 660447)<br>Eric D. Wolkoff (BBO# 679566)<br>Bradley M. Baglien (BBO# 568513)<br>Ian D. Coghill (BBO# 685754)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel: (617) 526-6000<br>Fax: (617) 526-5000<br>Andrea.Robinson@wilmerhale.com<br>Matthew.Martens@wilmerhale.com<br>Timothy.Perla@wilmerhale.com<br>Eric.Wolkoff@wilmerhale.com<br>Bradley.Baglien@wilmerhale.com<br>Ian.Coghill@wilmerhale.com<br><br>*Attorneys for defendant State Street Bank and Trust Company* |

Dated:  July 28, 2015

#36710720_v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent those indicated as non-registered participants on July 28, 2015.

                                                    /s/ Michael T. Maroney

#36710720_v1