UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____Szulik et al_____
Plaintiff

V.

Case No. **1:12CV10018 - NMG**

**State Street Bank & Trust Company**
Defendant

# RECEIPT

Received of the Clerk, U.S. District Court, the following SEALED documents and/or exhibits in the above-entitled case:

- <u>99</u> Motion to Compel by *Timothy J. Perla*
- <u>100</u> Memo of Law in Support of 99 by *Perla*
- <u>101</u> Declaration of *Perla* in sup. of Motion
- <u>117</u> Opposition to 104 by *Perla*
- <u>118</u> Declaration of in support of 117 by *Perla*
- <u>129</u> Defendant's Exhibits by *Perla*
- <u>218</u> Defendant's Supp. Filing by *Perla*
- <u>219</u> Declaration in support of 190 by *Perla*
- <u>249-251</u> by *Perla*
- <u>270</u> Corrected Memo by *Perla* (Courtesy Copy)
- <u>271</u> Corrected Statement by *Perla* (Courtesy Copy)
- <u>270-272</u> Corrected Memo, Statement, and Exhibits
- <u>295-299</u> by *Perla*

Name: _[signature]_

Firm: __Wilmer Hale LLP__

__60 State Street Boston, MA__

Date: __2/3/16__