UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ Szulik et al_____
              Plaintiff

V.

Case No. **1:12CV10018 - NMG**

_State Street Bank and Trust Company_____

              Defendant

# RECEIPT

Received of the Clerk, U.S. District Court, the following SEALED documents and/or exhibits in the above-entitled case:

- 104 Motion to Compel by *Michael T. Maroney*
- 105 Memo of Law in Support of 104 by *Maroney*
- 106 Declaration of *Maroney*
- 112 Opposition to Def. Motion by *Maroney*
- 113 Declaration in support of 112 by *Maroney*
- 128 Supplemental Declaration in sup. of 119 by *Maroney*
- 201 by *Maroney*
- 220-21 by *Maroney*
- 225 by *Maroney*
- 244-246 by *Maroney*
- 284-287 by *Maroney*
- 288 Exhibits Volume 1-7 by *Maroney*
- 103 Letter filed by *Michael T. Maroney* (Plaintiff) and *Timothy J. Perla* (Defendant)

Name: _[signature]_____

Firm:  _Holland & Knight, LLP ___

        c/o Michael T. Maroney

Date: ___2/3/16_____